NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SERVER TECHNOLOGY, INC.,**
*Plaintiff-Appellee*

**v.**

**AMERICAN POWER CONVERSION CORPORATION,**
*Defendant-Appellant*

_____

2015-1605

_____

Appeal from the United States District Court for the District of Nevada in No. 3:06-cv-00698-LRH-VPC, Judge Larry R. Hicks.

--------------------------------------------------------------------------------

**SERVER TECHNOLOGY, INC.,**
*Plaintiff-Appellee*

**v.**

**AMERICAN POWER CONVERSION CORPORATION,**
*Defendant-Appellant*

_____

2015-1779

2   SERVER TECHNOLOGY, INC. v. AMERICAN POWER CONVERSION

_____

Appeal from the United States District Court for the District of Nevada in No. 3:06-cv-00698-LRH-VPC, Judge Larry R. Hicks.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of American Power Conversion Corporation and Server Technology, Inc.'s joint motion to dismiss Appeal No. 2015-1779,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.  2015-1779 is dismissed.

(2)  Each party shall bear its own costs in 2015-1779.

(3) The revised official caption for 2015-1605 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31

ISSUED AS A MANDATE (as to 2015-1779 only):

September 4, 2015