NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SERVER TECHNOLOGY, INC.,**
*Plaintiff - Appellee*

v.

**AMERICAN POWER CONVERSION CORPORATION,**
*Defendant - Appellant*

---

15-1605

---

Appeal from the United States District Court for the District of Nevada in case no. 3:06-cv-00698-LRH-VPC United States District Judge Larry R. Hicks

---

ON MOTION

O R D E R

Upon consideration of appellee, Server Technology, Inc.'s unopposed motion to extend time to file appellee's principal brief until November 27, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 16, 2015            /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court